Case 3:04-cv-00493-N   Document 23   Filed 04/26/05   Page 1 of 1   PageID 165

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 2 6 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOEL LYNN SMITH, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:04-CV-0493-BN |
| | ) | |
| DALLAS COUNTY, et al., | ) | Consolidated with: |
| Defendants. | ) | No. 3:04-0527-N. |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SIGNED this 25 day of Apl., 2005.

_____
UNITED STATES DISTRICT JUDGE